Dawn M. Bayne, State Bar #20368
Christen N. Carns, State Bar #26211
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dbayne@asbazlaw.com

Proposed Attorneys for Trustee Jill Ford

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| TERRY RIALS, | Case No. 2-10-bk-37999-RJH |
| Debtor. | **VERIFIED STATEMENT OF DAWN M. BAYNE PURSUANT TO FED.R.BANKR.P. 2014 AND 2016 AND 11 U.S.C. §327** |

STATE OF ARIZONA )
) ss.
County of Maricopa )

Dawn M. Bayne being first duly sworn upon her oath, deposes and states:

1. I am a member of the law firm of Allen, Sala & Bayne, PLC (the "Firm"), and have been practicing in Arizona since 2000. I am executing this statement in support of the Trustee's *Application for Employment of Counsel for Trustee* ("Application") in the above-captioned case.

2. As set forth in the Application, I will be performing legal services for the Trustee which include: (1) assisting the Trustee in providing legal advice with respect to her powers and duties; (2) negotiating with creditors and Debtor; (3) preparing necessary applications, motions, answers, orders or other legal papers; and (4) assisting in securing the Debtor's assets. The Trustee has agreed to pay the Firm on an hourly basis for the above-referenced services.

3. The hourly rates that my firm customarily charges for services of the above-referenced kind are as follows:

| | |
|---|---|
| Thomas H. Allen, Member | $255.00 |
| Paul Sala, Member | $255.00 |
| Dawn M. Bayne, Member | $215.00 |

| | | |
|---|---|---|
| Leslie R. Hendrix, Associate | | $165.00 |
| Lance A. Francis, Associate | | $165.00 |
| Christen N. Carns, Associate | | $165.00 |
| Michael A. Jones, Associate | | $165.00 |
| Legal Assistants and Law Clerks | | $ 95.00 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those individuals below the level of member, to reflect their increased experience and expertise in this area of law. Allen, Sala & Bayne, PLC will make periodic applications for interim compensation and, if merited, may make application to the Court at the completion of the case for allowance of a premium above their designated hourly rates.

4. Neither my firm nor I have any agreements with other entities with respect to compensation received by me pursuant to my agreement with the Trustee.

5. Based upon counsel's investigation to date, I hold no interest adverse to Jill Ford, Trustee, the Debtor, Debtor's attorneys, or any creditors in this case.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 6, 2011

**ALLEN, SALA & BAYNE, PLC**

/s/ Dawn M. Bayne
Dawn M. Bayne
Christen N. Carns
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Jill Ford

SUBSCRIBED AND SWORN to before me on January 6, 2011 by Dawn M. Bayne.

/s/ Monica J. Baca
Notary Public

My Commission Expires: September 29, 2014

COPY of the foregoing mailed on
January 6, 2011 to:

Jill Ford
P.O. Box 5845
Carefree AZ  85377
Chapter 7 Trustee

-2-

\\BFS-9000\Documents\6000\6100\6137-Ford\456-Rials\Admin Pleadings\VerifStmt.doc

| | |
|---|---|
| 1 | United States Trustee |
| | 230 North First Avenue, Ste 204 |
| 2 | Phoenix AZ  85003-1706 |
| 3 | Terry Rials |
| | 4670 W. Linda Lane |
| 4 | Chandler, AZ  85226 |
| | Debtor |
| 5 | |
| | Steven R. Janssen |
| 6 | BOATES LAW FIRM, PLLC |
| | 42104 N. Venture Drive, Suite D126 |
| 7 | Anthem, AZ  85086 |
| | Attorneys for Debtor |
| 8 | |
| 9 | */s/ Rachel Nieto* |

-3-